1   McGREGOR W. SCOTT
    United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                       EASTERN DISTRICT OF CALIFORNIA
8

9   ALFREDO DIONALDO TABRILLA,        )        No. 08-CV-F-586 AWI TAG-HC
                                       )
10              Petitioner,            )        JOINT STIPULATION AND ORDER RE:
                                       )        EXTENSION OF TIME IN WHICH TO
11  v.                                 )        RESPOND TO THE ORDER TO SHOW
                                       )        CAUSE.
12  Michael Chertoff, Secretary of Homeland )
    Security, et al.                   )
13                                     )
                Respondents.           )
14  _____ )

15

16       This is an immigration habeas case in which Petitioner has filed to challenge his detention by

17  U.S. Immigration and Customs Enforcement (ICE).  On July 25, 2008, the Ninth Circuit issued a

18  decision that both parties believe to be controlling in this matter: *Casas-Castrillon v. Dept. Of*

19  *Homeland Security*, Ninth Circuit Docket No. 07-56261 (July 25, 2008) (Attachment A).

20       Pursuant to that decision, it is agreed that Mr. Tabrilla is entitled to an individual bond

21  hearing before an Immigration Judge.  Mr. Tabrilla is in the process of making a motion for such

    a hearing, and it is expected that this hearing will occur in the near future.  It is also expected that
22
    once this hearing occurs, the petition for writ of habeas corpus may become moot.
23
         Accordingly, the parties stipulate to a 30 day extension of time for the government to file its
24
    answer to the Order to Show Cause, until September 2, 2008.
25

26

27

28

                                          -1-

Dated: July 30, 2008

McGREGOR W. SCOTT
United States Attorney

By:    /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Respondents


/s/ Carter Capps White
/s/ Holly Cooper
Attorneys for the Petitioner


ORDER

    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the time for filing the government's response to the Order to Show Cause is

extended to September 2, 2008.


IT IS SO ORDERED.

Dated:   **August 4, 2008**                              **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE