McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

ALFREDO DIONALDO TABRILLA,

    Petitioner,

v.

Michael Chertoff, Secretary of Homeland Security, et al.

    Respondents.

No. 1:08-cv-00586 AWI TAG

JOINT STIPULATION AND ▮▮▮▮
ORDER RE: SECOND EXTENSION OF
TIME IN WHICH TO RESPOND TO THE
ORDER TO SHOW CAUSE.

    This is an immigration habeas case in which Petitioner has filed to challenge his detention by U.S. Immigration and Customs Enforcement (ICE). On July 30, 2008, the parties stipulated to an initial extension of time in which to file a response to the Order to Show Cause due to the recent Ninth Circuit decision in *Casas-Castrillon v. Dept. Of Homeland Security*, Ninth Circuit Docket No. 07-56261 (July 25, 2008).

    Due to the large number of cases affected by the *Casas* decision, the government has been unable to implement the decision as quickly as initially anticipated. Accordingly, the parties stipulate to a second 30-day extension of time in which to file a response to the Order to Show Cause or other dispositive pleading, until October 2, 2008.

Dated: September 2, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Respondents

/s/ Carter Capps White
/s/ Holly Cooper
Attorneys for the Petitioner

[PROPOSED] ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's response to the Order to Show Cause is extended to October 2, 2008.

IT IS SO ORDERED.

Dated: September 5, 2008

UNITED STATES MAGISTRATE JUDGE