McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO DIONALDO TABRILLA,<br><br>  Petitioner,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>  Respondents. | Case No. 1:08-cv-00586 AWI TAG<br><br>JOINT STIPULATION AND ORDER RE: THIRD EXTENSION OF TIME IN WHICH TO RESPOND TO THE ORDER TO SHOW CAUSE |

  This is an immigration habeas case in which Petitioner has filed to challenge his detention by U.S. Immigration and Customs Enforcement (ICE).  The parties have stipulated to two previous extensions of time in which to file a response to the Order to Show Cause due to the recent Ninth Circuit decision in *Casas-Castrillon v. Dept. Of Homeland Security*, Ninth Circuit Docket No. 07-56261 (July 25, 2008).

  As of the time of this filing, petitioner has been scheduled for a custody redetermination hearing, on October 28, 2008.  Because of the likelihood that this custody hearing will bear directly on the pending habeas action, the parties hereby stipulate to a third extension of time in which to file the government's response, until November 24, 2008.

1  Dated: October 2, 2008

                                      McGREGOR W. SCOTT
                                      United States Attorney

                    By:    /s/Audrey Hemesath
                           Audrey B. Hemesath
                           Assistant U.S. Attorney
                           Attorneys for the Respondents

                           /s/ Carter Capps White
                           /s/ Holly Cooper
                           Attorneys for the Petitioner

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's response to the Order to Show Cause is extended to November 24, 2008.

IT IS SO ORDERED.

Dated:   **October 2, 2008**                           **/s/ Theresa A. Goldner**
                                             UNITED STATES MAGISTRATE JUDGE