**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO DIONALDO TABRILLA,<br><br>   Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, SECRETARY<br>OF HOMELAND SECURITY, et al.,<br><br>   Respondents. | NO. 1:08-CV-00586-AWI-TAG<br><br>ORDER RE: DISMISSAL<br><br>(Document # 26) |

   This is an immigration habeas case in which Petitioner has filed to challenge his detention by U.S. Immigration and Customs Enforcement (ICE).  As of the time of this filing, Petitioner has been released from ICE custody after posting bond.  On November 3, 2008, the parties stipulated to dismissal of this action as moot.

   Therefore, pursuant to the Joint Stipulation entered into by the parties on November 3, 2008, and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed as moot.

IT IS SO ORDERED.

**Dated:   November 12, 2008**              **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE